IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| HANESBRANDS INC. and BRANDED APPAREL ENTERPRISES, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case No. 11-0569-CV-W-ODS ) |
| SEDUZIONE LEGGS, LLC and LISA GOSHON, | ) ) ) ) |
| Defendants. | ) |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME AND DIRECTING PARTIES TO PARTICIPATE IN SETTLEMENT CONFERENCE

Over Plaintiff's opposition, Defendants' Motion for Extension of Time (Doc. # 21) is granted. The stay in this case is extended another sixty days to allow Defendants additional time to procure legal representation.

The Court also directs the parties to participate in a settlement conference, to be conducted by the Honorable Sarah W. Hays. Judge Hays will contact the parties to arrange the date(s) and time(s) for the conference and to advise the parties of any other requirements. The conference may take place even if one or both Defendants are unrepresented.

Finally, individuals with full decision-making authority must be physically present at the conference. This means an individual with the authority to dismiss all claims for relief and to confess judgment on the other parties' claims for relief. The Court does not suggest that any party take such actions; the preceding is meant only to describe the degree of authority that must be represented at the conference.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: September 26, 2011   UNITED STATES DISTRICT COURT