IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| HANESBRANDS, INC., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 11-00569-CV-W-ODS |
| ) | |
| SEDUZIONE LEGGS, LLC, et al., ) | |
| ) | |
| Defendants, ) | |

ORDER

The settlement conference scheduled for Thursday, October 20, 2011, has been rescheduled to Thursday, November 17, 2011, at 9:30 a.m., in Room 6672, 400 East Ninth, Kansas City, Missouri.

                 */s/ Sarah W. Hays*
                 SARAH W. HAYS
            UNITED STATES MAGISTRATE JUDGE