IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| HANESBRANDS INC. and BRANDED APPAREL ENTERPRISES, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 11-0569-CV-W-ODS |
| SEDUZIONE LEGGS, LLC and LISA GOSHON, | ) ) ) ) | |
| Defendants. | ) | |

ORDER STAYING CASE

In late September 2011, the Court ordered the parties to participate in an Early Assessment meeting conducted by the Honorable Sarah Hays. Before the meeting could take place, Defendant Lisa Goshon – who is also the sole owner of Defendant Seduzione Leggs, LLC – became been hospitalized for several months. More recently, the Court has been advised that Ms. Goshon is still hospitalized and is due to undergo more surgery as soon as she is physically able.

In the interest of justice, the Court *sua sponte* stays further proceedings in this case pending a change in Ms. Goshon's medical condition.

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: March 13, 2012      UNITED STATES DISTRICT COURT